UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENRIQUE TORRES, aka BUDA, | ) | Case No. CV 08-2936-CAS(RC) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| DEBRA DEXTER, WARDEN, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED: September 1, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

R&R\08-2936.jud
6/3/09